# United States District Court

WESTERN DISTRICT OF WASHINGTON

EMILY A. GROFF

        v.

COMMISSIONER OF SOCIAL SECURITY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5058RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court GRANTS plaintiff's motion and authorizes gross attorney's fees of $9030.85 pursuant to 42 U.S.C. § 406(b), reduced by the previously awarded Equal Access to Justice Act fee of $4,217.50. Plaintiff's attorney shall therefore be awarded the net sum of $4,813.35. Defendant shall release the fee of $4,813.35 minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at the address noted below.

| | |
|---|---|
|    November 9, 2009    |    BRUCE RIFKIN    |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |